30    213
f169   213

THE NEW EEL RIVER DRAINING ASSOCIATION *v.* CARRIGER.

DRAINING ASSOCIATION.—*Assessment.*—A draining association under the laws of this State can have no corporate existence or power to make a valid assessment upon the lands affected by the drain, until its articles of association have been recorded.

APPEAL from the Boone Circuit Court.

FRAZER, J.—The appellant is a draining association incorporated under the laws of this State. It sued to enforce against lands benefited by its work, an assessment which had been made before its articles of association were recorded. This appearing by the complaint, a demurrer thereto was sustained by the court below.

There is no error. Until the articles of association were recorded there could be, under the statute (1 G. & H. 303, sec. 5), no corporate existence, and, of course, no power to make a valid assessment upon the lands affected by the drain.

The judgment is affirmed, with costs.

*A. J. Boone*, *R. W. Harrison*, *O. S. Hamilton* and *C. C. Galvin*, for appellant.

*J. M. Butler* and *C. C. Nave*, for appellee.